UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00499-CJC(MLGx) | Date | November 15, 2011 |
|---|---|---|---|

| Title | Haro Bicycle Corporation v. American Flyer Bicycle Company, et al. |
|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Nancy Boehme | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

    The Court, having been advised by Plaintiff's counsel that this action has been settled by Notice of Settlement filed on November 11, 2011, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

                                                                                                                                           :    0

Initials of Preparer   nkb